# Department of Public Safety
## Mississippi Highway Safety Patrol
# Mississippi Bureau of Investigation
22000-A HIGHWAY 35 NORTH
BATESVILLE, MISSISSIPPI 38606
(662) 563-6419



Special Agent
## Jeffrey H. Farish
B-43

LAW ENFORCEMENT SENSITIVE

### Notice
THIS CASE REPORT CINTAINS CONFIDENTIAL INFORMATION. THIS REPORT AND THE ADDITIONAL DOCUMENTS IT CONTAINS ARE PROPERTY OF THE MISSISSIPPI BUREAU OF INVESTIGATION AND ARE LOANED TO YOUR AGENCY, OFFICE AND/OR DEPARTMENT. THIS REPORT NOR ITS CONTENTS ARE TO BE DISSMINATED OUTSIDE THIS AGENCY WITHOUT PRIOR APPROVAL FROM MBI.

EXHIBIT A

1

This document contains neither the recommendation nor the conclusions of the MBI. It is the property of the MBI and is loaned to your agency. This document nor its contents are to be distributed outside this agency.

# DEPARTMENT OF PUBLIC SAFETY
## MISSISSIPPI HIGHWAY SAFETY PATROL
# MISSISSIPPI BUREAU OF INVESTIGATION

22000-A HIGHWAY 35 NORTH
BATESVILLE, MISSISSIPPI 38606
(662) 563-6419

## INCIDENT REPORT

ON THURSDAY, NOVEMBER 14, 2013, AT APPROXIMATELY 1454 HOURS, THE MISSISSIPPI BUREAU OF INVESTIGATION (MBI), DISTRICT 3 OFFICE RECEIVED A PHONE CALL FOR ASSISTANCE IN COMO, MISSISSIPPI, FROM THE COMO CHIEF OF POLICE, CHIEF EARL BURDETT. CHIEF BURDETT ADVISED THAT A SHOOTING TOOK PLACE AT THE COMO APARTMENTS AND HIS AGENCY REQUESTED THE ASSISTANCE OF MBI. MASTER SERGEANT JEFFREY HEATH FARISH WAS ASSIGNED THE CASE. WHILE ENROUTE TO COMO, MASTER SERGEANT FARISH RECEIVED A PHONE CALL FROM SHERIFF DENNIS DARBY STATING THAT THE PANOLA COUNTY SHERIFF'S DEPARTMENT WAS ON THE SCENE AND THAT THEY WOULD ASSIST THE COMO POLICE DEPARTMENT. AFTER RECEIVING THAT CALL, MASTER SERGEANT FARISH PHONED LIEUTENANT PETER CLINTON, HIS IMMEDIATE SUPERVISOR, AND ADVISED HIM OF BOTH PHONE CALLS. LIEUTENANT CLINTON ADVISED MASTER SERGEANT FARISH TO CONTINUE TO THE COMO POLICE DEPARTMENT AND MEET WITH CHIEF BURDETT. LIEUTENANT CLINTON ALSO STATED TO MAKE SURE THAT BOTH THE COMO POLICE CHIEF AND THE PANOLA COUNTY SHERIFF WERE AWARE THAT MBI WAS ON THE SCENE TO ASSIST BOTH AGENCIES IN ANY WAY NECESSARY. ONCE THEN SHE STATED THAT SHE CALLED CHIEF EARL BURDETT AND ADVISED HIM OF THE SITUATION AND RETURNED TO THE COMO POLICE DEPARTMENT TO WAIT ON THE ARRIVAL OF MBI. MASTER SERGEANT FARISH ADVISED CHIEF BURDETT AND ASSISTANT CHIEF PETTIS THAT THEY NEEDED TO ESCORT HIM TO THE CRIME SCENE, MEET WITH THE DETECTIVES OF THE SHERIFF'S DEPARTMENT AND FIND OUT IF THE SCENE IS SECURE AND IF ANY EVIDENCE HAD BEEN COLLECTED. CHIEF BURDETT AGREED AND WE ALL RETURNED TO THE CRIME SCENE. UPON ARRIVAL, MASTER SERGEANT FARISH MET WITH SHERIFF DARBY AND WAS ADVISED THAT DEPUTY ERIC HARRIS OF THE PANOLA COUNTY SHERIFF'S DEPARTMENT WAS THE FIRST OFFICER ON THE SCENE OF THE CRIME AND THAT ASSISTANT CHIEF PETTIS ARRIVED AFTER DEPUTY BRYANT, BUT THEN SHE LEFT THE SCENE. SHERIFF DARBY ADVISED THAT ONCE THE COMO POLICE DEPARTMENT LEFT THE SCENE UNATTENDED THAT HIS DEPARTMENT TOOK OVER THE INVESTIGATION AND BEGAN TO WORK THE AGGRAVATED ASSAULT. MASTER SERGEANT FARISH WENT OVER TO CHIEF BURDETT AND ASSISTANT CHIEF PETTIS AND ASKED THEM IF THEY KNEW WHERE JERMICHAEL EDWARDS COULD BE FOUND. AT THIS TIME,

EXHIBIT A                                                                                                    2

This document contains neither the recommendation nor the conclusions of the MBI. It is the property of the MBI and is loaned to your agency. This document nor its contents are to be distributed outside this agency.

MDOC PAROLE OFFICER GEORGE RENFRO ARRIVED ON SCENE AND ADVISED THAT THE HE HAD BEEN TOLD JERMICHAEL EDWARDS WAS INVOLVED IN THE SHOOTING. CHIEF BURDETT ADVISED THE PAROLE OFFICER RENFRO THAT WAS WHAT WE WERE BEING TOLD BY A WITNESS. THE PAROLE C CER STATED THAT JERMICHAEL EDWARDS PAROLE WOULD HAVE BEEN REVOKED LAST WEEK IF CHIEF BURDETT OR ASSISTANT CHIEF PETTIS WOULD HAVE WRITTEN THE INCIDENT COMPLAINT STATING THAT JERMICHAEL EDWARDS WAS INVOLVED IN A FIGHT LAST WEEK. THEN A BLACK MALE WALKED UP TO CHIEF BURDETT BY THE NAME OF TRACY WILBOURN AND STATED THAT HE WAS THE WITNESS THAT HE HAD SPOKEN TO ON THE PHONE AND HE WOULD LIKE TO GIVE THEM A STATEMENT. CHIEF BURDETT IMMEDIATELY ESCORTED TRACY WILBOURN TO HIS PATROL CAR AND PLACED HIM IN THE FRONT SEAT. SHERIFF DARBY APPROACHED THE CHIEF'S PATROL CAR AND OPENED THE PASSENGER SIDE DOOR. SHERIFF DARBY STATED THAT HE WOULD LIKE TO INTERVIEW THIS WITNESS. CHIEF BURDETT SPED OFF, DRAGGING SHERIFF DARBY SEVERAL FEET. MASTER SERGEANT FARISH CALLED CHIEF BURDETT AND ASKED HIM WHERE HE WAS TAKING THE WITNESS AND HE STATED TO THE COMO POLICE DEPARTMENT FOR QUESTIONING. MASTER SERGEANT FARISH TOLD CHIEF BURDETT THAT HE WOULD BE ENROUTE TO ASSIST WITH THE INTERVIEW. UPON ARRIVING AT THE COMO POLICE DEPARTMENT, THERE WERE SEVERAL PANOLA COUNTY SHERIFF DEPUTY PATROL CARS ALONG WITH CHIEF BURDETT'S AND ASSISTANT CHIEF PETTIS'S PATROL CAR IN THE PARKING LOT. THE DOOR TO THE POLICE DEPARTMENT WAS OPEN AND SHERIFF DARBY AND CHIEF BURDETT WERE ENGAGED IN DEFENSIVE STAND-UP GRAPPLING. ONCE MASTER SERGEANT FARISH ENTERED THE DOOR OF THE POLICE DEPARTMENT, SHERIFF DARBY AND CHIEF BURDETT HAD BROKEN THE GRAPPLE HOLD AND HAD MOVED INTO THE INTERVIEW AREA OF THE POLICE DEPARTMENT ALONG WITH ASSISTANT C. F PETTIS, MASTER SERGEANT FARISH, CHIEF DEPUTY CHRIS FRANKLIN, DEPUTY EMILY GRIFFIN, DEPUTY JOHN STILL AND DANNY BEAVERS. AT THIS TIME, MASTER SERGEANT FARISH WAS ATTEMPTING TO SPEAK WITH THE WITNESS AND HIS MOTHER. THE CHIEF, ASSISTANT CHIEF, THE SHERIFF AND THE DEPUTIES BEGAN TO ARGUE OVER WHO WAS GOING TO WORK THE AGGRAVATED ASSAULT. THE ARGUMENT BECAME HEATED AND CHIEF BURDETT PUSHED DEPUTY DANNY BEAVERS. CHIEF BURDETT THEN ORDERED ASSISTANT CHIEF PETTIS TO PEPPER SPRAY THE DEPUTIES. MASTER SERGEANT FARISH TOLD EVERYONE TO CALM DOWN, BEFORE SOMEONE GOT HURT. MASTER SERGEANT FARISH THEN STATED THAT THE MAIN GOAL OF EVERYONE INVOLVED WAS TO LOCATE, ARREST, AND PROSECUTE, JERMICHAEL EDWARDS. MASTER SERGEANT FARISH STATED THAT WE SHOULD MOVE THE INTERVIEW TO A NEUTRAL AREA SUCH AS THE MBI OFFICE IN BATESVILLE AND SHERIFF DARBY AND CHIEF BURDETT WOULD BE ALLOWED TO BE PRESENT AT THE INTERVIEW. AT THIS POINT EVERYONE AGREED THAT THIS WAS A GOOD IDEA. THEN CHIEF BURDETT GRABBED AT THE RIGHT FRONT POCKET OF SHERIFF DARBY'S PANTS WHILE SHOUTING GIVE ME MY PEPPER SPRAY. CHIEF BURDETT WAS WRESTLED TO THE TOP OF THE DESK LOCATED IN THE INTERVIEW ROOM, WHERE HE WAS DISARMED. CHIEF BURDETT WAS PLACED IN HANDCUFFS FOR HIS AND EVERYONE'S SAFETY AND HE WAS PLACED INSIDE A PANOLA COUNTY SHERIFF'S DEPARTMENT PATROL CAR. MASTER SERGEANT FARISH ADVISED THE WITNESS (TRACY WILBOURN) TO MEET HIM AT THE MBI OFFICE IN BATESVILLE AND ASSISTANT CHIEF PETTIS THAT SOMEONE WOULD CONTACT HER ON THE MATTER AT HAND, SC ETIME LATER THAT EVENING. MASTER SERGEANT FARISH THEN ADVISED CHIEF DEPUTY CHIEF FRANKLIN THAT IT IS MY UNDERSTANDING THAT YOU CANNOT ARREST A LAW ENFORCEMENT IN THE

EXHIBIT A                                                                                                    3

This document contains neither the recommendation nor the conclusions of the MBI. It is the property of the MBI and is loaned to your agency. This document nor its contents are to be distributed outside this agency.

STATE OF MISSISSIPPI ON DUTY WITHOUT A PROBABLE CAUSE HEARING AND THAT HE WOULD INTERVIEW THE WITNESS (TRACY WILBOURN) AT THE MBI OFFICE IN BATESVILLE. MASTER SERGEANT FARISH TOOK CUSTODY OF CHIEF BURDETT'S WEAPON, AMMO, AND PEPPER SPRAY FROM CHIEF DEPUTY FRANKLIN AND DELIVERED IT TO DISTRICT ATTORNEY JOHN CHAMPION. DISTRICT ATTORNEY CHAMPION RETURNED CHIEF BURDETT TO THE COMO POLICE DEPARTMENT AND RETURNED HIS WEAPON, AMMO, AND PEPPER SPRAY LATER THAT EVENING.

RESPECTFULLY SUBMITTED,

MASTER SERGEANT

*Jeffrey H. Farish*

JEFFREY H. FARISH, B-43

MISSISSIPPI HIGHWAY SAFETY PATROL
MISSISSIPPI BUREAU OF INVESTIGATIONS
22000-A HIGHWAY 35 NORTH
BATESVILLE, MS 38606
JFARISH@DPS.MS.GOV

O: (662) 563-6419
F: (662) 563-6492
C: (601) 383-2841

EXHIBIT A

4

This document contains neither the recommendation nor the conclusions of the MBI. It is the property of the MBI and is loaned to your agency. This document nor its contents are to be distributed outside this agency.