

# Dennis Darby
## Panola County Sheriff

300 James Rudd Dr. * P. O. Box 273 * Batesville, MS 38606
Phone: 662-563-6230 * Fax: 662-563-3932
Chris Franklin - Chief Deputy
James R. Meek - Jail Administrator

## Supplemental Report

**Case#:** N/A

**Complainant:** N/A

**Offense:** INCIDENT AT COMO POLICE DEPARTMENT

**Date:** 11/18/13

ON 11/14/13 MYSELF ALONG WITH OTHER PANOLA COUNTY DEPUTIES WERE WORKING A SHOOTING ON CHURCH STREET IN COMO, MS. DURING THE COURSE OF THE INVESTIGATION I LOCATED THREE WITNESSES TO THE SHOOTING AT A HOUSE ON TOM FLOYD ROAD. I ACCOMPANIED THE WITNESSES BACK TO THE SCENE OF THE SHOOTING. UPON ARRIVAL BACK AT THE SCENE I TURNED THE WITNESSES OVER TO THE DETECTIVES ON THE SCENE. THEY BEGAN TO TAKE STATEMENTS FROM THE WITNESSES. I THEN SAW THAT COMO POLICE CHIEF EARL BURDETTE HAD TAKEN ONE OF THE WITNESSES AND PUT HIM IN HIS CAR. WHEN SHERIFF DARBY ATTEMPTED TO TALK TO THE WITNESS CHIEF BURDETTE REFUSED AND LEFT THE SCENE WITH THE WITNESS. CHIEF BURDETTE TOOK THE WITNESS TO THE COMO POLICE DEPARTMENT. I WENT OT THAT LOCATION. SHERIFF DARBY WAS ALREADY THERE WHEN I ARRIVED. A LADY STANDING OUTSIDE STATED THAT THEY WERE FIGHTING IN THE POLICE DEPARTMENT. I WENT INSIDE AND FOUND CHIEF BURDETTE AND SHERIFF DARBY STANDING IN THE HALL WAY HOLDING ON TO EACH OTHER SHIRTS. OFFICER FAYE PETTIS WAS ALSO STANDING IN THE HALL. I ATTEMPTED TO GET BETWEEN THEM. CHIEF BURDETTE STATED HE WOULD NOT LET US TALK TO THE WITNESS THAT THIS WAS HIS CASE. AT THIS TIME THE WITNESS' MOTHER ENTERED THE POLICE DEPARTMENT TRYING TO GET HER SON. WE WENT TO THE REAR OFFICE TO WHERE THE WITNESS WAS. BY THIS TIME SEVERAL OTHER OFFICERS WERE IN THE OFFICE. THE SCENE STARTED TO SETTLE WHEN I SAW CHIEF BURDETTE GRAB SHERIFF DARBY FROM BEHIND AND ATTEMPT TO GRAB SOMETHING OUT OF THE SHERIFF'S POCKET. CHIEF BURDETTE WAS THEN PUSHED ACROSS THE DESK AND TAKEN INTO CUSTODY BY SEVERAL DEPUTIES ON

EXHIBIT C                                                                                           1

SCENE. I TRANSPORTED CHIEF BURDETTE TO THE PANOLA COUNTY SHERIFF'S DEPARTMENT.

_____
Panola County Sheriff's Department

EXHIBIT C					2