November 14, 2013

I, Eric Harris, P-9, was at 618 Sycamore Street in Como, Mississippi, talking with Tambrae Presley about 13:56, when PCSO reported that a shooting had taken place at the apartments on Church Street. I told Mrs. Presley I had to leave, but I would return back later. I turned right from Sycamore Street onto Church, crossed Warren Street onto Church Street Extended and noticed a black male wearing a blue coat coming from the shooting area walking fast. I looked twice to see if he had a weapon, but did not see one. He was moving his hands in front of his coat, and looked like he was zipping it up. I made a left turn into the apartment area and went down to the second set of apartments and noticed someone was laying on the ground down from the second set of apartments. I advised S.O. to call EMS because one person was down on the ground. At the time, Office Faye Pettis, was arriving on scene. I asked if anyone knew the shooter. Deontwon Lovebury stated it was Jamichael Edwards, a/k/a Veil. Officer Faye Pettis advised she knew him well. Jarvis Boyce was lying on the ground and appeared to be shot in the ankle/leg area. His mother, Sherry Boyce, was with him. At this time, V230, Commander Bill McGee, had arrived and was asking Deontwon Lovebury where the shooting happened. Deontwan pointed down by the second apartments where a cap was laying on the ground. We went there and found the cap and an empty bullet casing. I took pictures of the cap, the white t-shirt, and the empty bullet casing. Emma Jackson who lives at 318 Church Street stated she heard one shot. Emma stated she was the one that called the S.O. about the shooting. Keanne Barnett who lives at 307 Church Street, Apartment 14, stated she heard one shot. Shaquille Conard was at 307 Church Street Street and stated he heard one shot. I left the crime scene and went across the street to Vivian Towns' residence. This is where Jamichael Edwards lives. I searched the back yard, but wasn't able to locate the weapon. Chris Franklin, Tommy Bryant, Albert Perkins, and I went to 5343 Lucius Taylor Road looking for Jamichael Edwards. We did not find him.

*[signature: Eric H P-9]*

ERIC HARRIS, P-9