

# Dennis L. Darby
## Panola County Sheriff

300 James Rudd Dr. • P. O. Box 273 • Batesville, MS 38606
Phone: 662-563-6230 • Fax: 662-563-3932
Chris Franklin – Chief Deputy
James R. Meek – Jail Administrator

November 14, 2013

On the above date, I (Detective Edward Dickson) was standing in dispatch when a call came in through the 911 system about a fight and then a shooting with one person being shot, at the Como apartment located on Church Street Ext, in the city limits of Como, Ms. Dispatcher Rosa Wilson made several attempts to reach Como -2 Faye Pettis on her radio, when she couldn't reach Como -2 on the radio P-9 Eric Harris was dispatched to the scene on Church Street Ext. where the fight and shooting occurred. Dispatcher Rosa Wilson was able to reach Como -2 Pettis by phone later to let her know what had taken place. I (Detective Edward Dickson) left dispatch around 14:05 in route to the shooting to assist, I notified "Major" Barry Thompson and advised him of what was going on, Major Thompson instructed me to work the scene when I arrived. P-9 Eric Harris was the first responder then Come-2 Faye Pettis arrived 15 minutes or so later, after approximately 20 minutes of being on the scene, officer Pettis left the crime scene area, but returned approximately one hours later with Como-1 Earl Burdette. Shortly after their arrival, Mississippi Bureau of Investigation (Heath Farris) arrived. P-21John Still arrived back on the scene with three witnesses to the shooting, also one of the witnesses had taken the gun from the crime scene before any officer made the scene, but they did return it. Before we could talk to the third witness, Como-1 Burdette put him (The other witness) in his patrol car, when P-1Dennis Darby and D-4 Danny Beavers went to Como-1 Burdette's car to question him about the witness he put in his car, Como-1 Burdette drove off.

*Edward Dickson*
Nov. 14, 2013

**EXHIBIT E**                                                                                                    1