

# Dennis Darby
## Panola County Sheriff

300 James Rudd Dr. * P. O. Box 273 * Batesville, MS 38606
Phone: 662-563-6230 * Fax: 662-563-3932
Chris Franklin - Chief Deputy
James R. Meek - Jail Administrator

On November 14, at approximately 1430 hrs, I called dispatch to inquire about events, which I thought were happening in the city of Crenshaw. Rosa the shift dispatcher, informed me that the situation was not in Crenshaw, but was in the city of Como, and there had been a shooting. I then informed dispatch to show me in route to the location in Como. After arriving on the scene, I asked Lt. Edward Dickson, the lead investigator, what he needed me to do. He requested that I start gathering evidence. I collected a white t-shirt and a blue baseball cap, with the Los angles Dodger's logo on the front of the cap. I placed the collected items in evidence bags and retain custody. Lt. John Still returned to the scene with three witnesses. I was instructed to take a statement, from one of the witnesses. I went to my vehicle to retrieve a statement sheet, when I returned, the witness was gone. I asked Emily Griffin, P16 if she knew where the witness had gone. She, said that Earl Burdette, the Como Police Chief, was taking the witness to his patrol car. I observed Chief Burdette placing the witness in his patrol car. I then informed Sheriff Darby of Chief Burdette's actions, and that I needed to get a statement from that witness. Sheriff Darby and I started walking toward Chief Burdett's patrol car as he began to pull off. We continued in the direction of the patrol car. Chief Burdette stopped the car, backed up, and stopped the car again. Sheriff Darby and I approached the vehicle, Sheriff Darby open the right front passenger door and stated, to Chief Burdette that we needed to get a statement from the witness. Chief Burdette replied by saying and I quote "your are not talking to any motherfucker in this car" and started to speed off, striking me with the open door and dragging Sheriff Darby down the road. Chief Burdette proceeded to leave the area and go to the Como Police Department. At that point I got into a vehicle with Jason Chrestman D3 and we proceeded to the Como Police Department. After arriving, Jason Chrestman an I went to the back door of the building. As we reached the back door we observed Chief Burdette struggling with Sheriff Darby and screaming that he could not enter the building. Lt. John Still and I separated Chief Burdette and Sheriff Darby. We then went to the patrol office. Chief Burdette was very angry, and telling everyone to leave. Officer Faye Pettis was also in the patrol office, talking loudly and causing a commotion. I asked Chief Burdette to calm down so we could discuss the matters. Chief Burdett then assaulted me, striking me in my chest with his fist. I then shoved him off of me. He then came back at me, Shouting obscenities and calling me a son-of-a-bitch. Jason Chrestman separated us. Emily Griffin, P16 told me to come outside with her. After leaving the building, we were discussing the events that had taken place, when we heard another loud commotion coming from inside the building, we re-entered the building and observed Officer Faye Pettis and Chief Burdette fighting with Chief Deputy Chris Franklin. Officer Pettis was on top of Chief Franklin, Lt. John Still and I pulled Officer Pettis off of Chris Franklin and held her until Chief Burdette was subdued. Chief Burdette was escorted out of the building. I was instructed to go to Panola Sheriff's Office to be debrief on the incidents that occurred during an aggravated assault investigation.

Danny Beavers D4
*Danny Beavers*
Ivestigator, PCSO

EXHIBIT F        1