

# Dennis L. Darby
## Panola County Sheriff

300 James Rudd Dr. • P. O. Box 273 • Batesville, MS 38606
Phone: 662-563-6230 • Fax: 662-563-3932
Chris Franklin – Chief Deputy
James R. Meek – Jail Administrator

On 11-14-13 I, Tommy Bryant Deputy Sheriff of Panola County was dispatched to a call of a shooting in Como MS. The dispatcher advised that it was in the apartment complex off Church St. The victim was on the ground with a gun shot to the leg. I walked around the complex looking for the any evidence. We thought that the gun may still be around the area. Rob Roberson P-27 called for help to search a house across the road from the house. I went to the house and helped with the search for the suspect Jermicheal Edwards. He was not inside the house. I talked to his aunt that owned she told me that she had not talked to him. She gave me his name, date of birth and phone number. I took it to Edward Dixon D-1 and advised him what she said. I saw Officer Faye Pettit, I ask her if she knew any thing further about the suspects location. Officer Pettit told me that his aunt had talked to Earl Burdette the Chief of Como Police. Officer Pettit told me that the aunt was going to get the suspect and turn him over to Chief Burdette because she goes to church with him. Officer Pettit later told me of a house that the suspect may be at west of Como off Lucious Taylor Rd. A short time later myself, Chief Chris Franklin P-2, Buck Harris P-9 and Major Albert Perkins P-4 went to the residence off Lucious Taylor but he had not been there since last night. They advised that Jermicheal Edwards had fired shots there the night before. We all left the area and drove back to Como. Myself and Chief Chris Franklin saw Chief Earl Burdette walking in the back door of the Police Dept. with a black male that had long hair. Someone came over the radio and said they were looking for that black male he had left the scene and was a witness. Chief Franklin advised over the radio where he was and I took Chief Franklin back to his vehicle. I went back on patrol to assist Justin Ales P-18 with a call east of Sardis.

Tommy Bryant P-24

*[signature: Tommy Bryant]*