On Thursday, November 14, 2013 at approximately 14:41hrs I arrived at the scene of a shooting on Church St. Como. While I was at the scene Deputy John Still Radio and said he had the guys that left the Scene with the guns. Deputy Still arrived at the scene with the suspects along with the gun. As I was Walking to my vehicle with one of the subjects I asked where the other guy was. Investigator Danny Beavers said Chief Earl Burdette of Como had the subject with him. I looked around and noticed the Subject walking to the vehicle with Burdette.

Jimmy Shannon
Investigator Panola County Sheriff's Department

EXHIBIT H                                                                                                                     1