

# Dennis L. Darby
## Panola County Sheriff

300 James Rudd Dr. • P. O. Box 273 • Batesville, MS 38606
Phone: 662-563-6230 • Fax: 662-563-3932
Chris Franklin – Chief Deputy
James R. Meek – Jail Administrator

**Voluntary Statement**
(Not under arrest)

I, Jason Chrestman, am not under arrest for, nor am I being detained for any criminal offenses concerning the events I am about to make known to Panola Co. Sheriff's Office.

Without being accused of or questioned about any criminal offenses regarding the facts I am about to state. I volunteer the following information of my own free will, for whatever purposes it may server.

I am 60 years of age, live at **251 Chrestman Cove Batesville Ms.**,

and my phone number(s) is/are **662-609-2443**.

STATEMENT:

On 11/14/2013, the Panola County Sheriff's Department was called to shooting at the Church Street Apts. in Como Ms. ring the investigation I had Panola County Deputy John Still to contact three subjects that were out in the County and to bring them to the scene to give statements about the shooting. Still arrived at the scene with three subjects. Investigator Edward Dickson took one subject to dickson's vehicle to get a statement from him. Investigator Jimmy Shannon was to take a statement from another subject and took him to Shannon's vehicle. Investigator Danny Beavers was to get a statement from the last subject. Beavers got statement forms and the subject was not there. When he asked where the subject was he was informed that he was in the vehicle with Chief Earl Burdette. Beavers and Panola County Sheriff Dennis Darby went to Burdette's vehicle. Darby onened the door and told Burdette that Beavers needed to get a statement from the subject Burdette had in the vehicle. Burdette stateded you are not going to get a god dammed thing here and took off almost knocking Darby and Beavers down with the vehicle. Sheriff Darby and Panola County Deputies went to the Como Police Department. When Darby went through the door Burdette grabbed Darby to keep Darby from intering. Myself and Beavers went through the door and saw Burdette and Darby pushing against one another. They were pulled apart and all of us intered another room. Burdette was yelling for all of us to get out that this was his house. Beavers was talking to Burdette telling him to calm down when Burdette hit Beavers in the chest with both hands knocking Beavers backwards. Chrestman stepped between Beavers and Burdette and told them we did not need any of that here. Burdette was telling Como officer Faye Pettis to get the Mace and spray all of them. Darby saw a l of mace on the desk and put it in his pocket. The MBI Agent that was there yelled for every one to calm down that he would take the subject to the MHP office to take the statement. Every one agreed. Burdette grabbed Darby from behind and ran his right hand down the right side of Darby where Darby had Darby's firearm. Chief Deputy Chris Franklin Grabbed Burdette and pushed Burdette down on a desk and said for someone to handcuff Burdette. Chrestman

EXHIBIT I    1

saw Pettis with her hand on Burdette's firearm. Chrestman pulled Pettis's hand away from the firearm and Darby took the firearm . Darby took the firearm and unloaded it. Deputy Griffin handcuffed Burdette and he was taken to the Panola Sheriff's Office. Burdette was placed in the Confluence room and the cuffs were removed. District Attorney John Champion was called to talk with Burdette. After Champion talked with Burdette Champion took Burdette back to Como.

I have read each page of this statement consisting of 2 page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct.

Dated at 11:00 a.m./p.m., this 17th day of November, 2013.

Witness: _____

Witness: _____

_____
Signature of person giving voluntary statement

EXHIBIT I

2