

**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**CHRISTOPHER B. EPPS**
**COMMISSIONER**

Jerry Williams
Deputy Commissioner

Community Corrections
(601) 359-5618 · 5323 (FAX)

Date: 11/18/13

To: Whom it may concern

Ref: Jermichael Edwards
Estella Amos (Aunt) - 324 Church St. Ext, Como, MS 38619

On or about November 11,2013 I was advised by Officer Jared Tucker, of a large disturbace in Como, Ms involving Jermichael Edwards #145522. Officer Tucker stated some person had contacted him stating Edwards was fighting at the appartments on Church ext. in Como and when police arrived on scene Edwards was fighting with them as well. Officer Tucker also stated Edwards got tazed before being arrested. I contacted the Como P.D. and was advised by the officer on the phone that Edwards was the victim and had no charges. The officer on the phone also stated that Edwards was tazed but only by accident. No action was taken by this officer due to no charges or report.

On November 14, 2013 at approximately 1530hrs I was contacted by Officer Hawkins with MDOC stating Como P.D. called stating Edwards was a shooter in an agravated assault that had just occurred at the apartments on Church St. ext.. I was already out doing home visits and went straight to the scene. Upon arrival I made contact with Chief Burdett and Ass.Chief Petitt. Cheif Burdett stated there was an arggument which lead to Offender Edwards going back to his residence and getting a riffle and going back to the appartments and shooting the victim in the leg. Shortly after speaking to Chief Burdett Deputy Still pulled on scene followed by two or three vehicles which two witnesses were riding in. As they got out of the vehicles they were advised by Sheriff Darby and Deputies to get with Detective Shannon to give statements. As the witnesses followed Detective Shannon to his vehicle, Chief Burdett hollered across the parking lot and told the witness in the rear to come over their. As the witness reached the Chief, the Chief took the witness to his police unit

and placed him in the rear. The cheif was advised by several Deputies, Detectives and the Sheriff not to leave with the witness but the chief did so anyway. After everyone left the scene Jared Tucker and myself went and checked the approved residence at 324 Church ect. to verify the suspect hadn't gone home.

Sincerely,

George Renfroe

*[signature]*