November 14, 2013

At approx 14:04 pm, I Rosa M. Wilson recieved a call from a female name Stacey from 307 Church St Apartment 8 in Como (917) call 426-5070 Reporting a fight and also hearding gunshots. I did began to despatch units to the location. I attempted to contact Como-2 officer Pettis several times on radio (negative contact). I then attempt to call P-9 B Harris and P-21 J Still by radio and negative contact with them. I then called P-24 Jenny Bryant and P-18 J ales to get them to the scene. (P-18 J ales advised he was at North Delta School trapper. P-9 Buck Harris enroute to scene from Sycamore St. on a previous call- V-230, P-27 - Roberson advised they were enroute to call also P- are enroute from the Sheriff Dept.

EXHIBIT K

November 14, 2013
Cont.

@ 1407 pm I made contact with Como 2 Officer Faye Pettis to inform her of the shooting call on Church St at the apartments by telephone. @ 1408 P-9 Eric Harris and Officer Pettis made scene, P-9 Harris advised "one was down" and he needed an ambulance to his location, he was advised ambulance already enroute V232, V236 Both made scene @ 14:20 I radioed for P-2 Chris Franklin to give despatch — @ 14:22 pm I made contact with P21 Lt. John Still on telephone to inform him of the call (shooting) in Como — @ 1422 DU Beavers advised he was enroute to call on Church St also @ 1424 all units 10:24 call on Church St in Como

EXHIBIT K
date 11-14-13  sign Rosa M Welsh    2