Nov 1st, 2013

AT 1404 I GOT A CALL FROM A FEMALE (RAVEN). ONE BLACK MALE SHOT IN BOTH LEGS. NO TROUBLE BREATHING HE IS AWAKE MEDSTAT ADVISED HER TO PLACE TOWELS ON LEGS. SUBJECT IS 18-19 YRS OLD.

*Donald Mathews*

P-1   ADVISED @ 1418
P-3   ADVISED @ 1418
P-2   ADVISED @ 1422

EXHIBIT L                                    1