11-14-2013

I answered Radio when
Como-2 officer Petters @ 14:41 HRS
got out on sycamore St, girlfriend
no numbers cleared at 14:43 HRS
negative Contact. D-4 Det Beavers
all Units cleared @ 16:24 HRS

Mildred Cook