## Voluntary Statement

The following statement was made by Justin Watts J-31 on 11-14-13 while located at Panola County Sheriffs Dept

dispatching and I recieved a call cut 1402hrs from a Dorthy Taylor advising a boy had been shot below the waist in the parking lot of Church St. apts in Como, MS. Dispatchers Rosa Wilson and Bo Mathews also recieved calls on this matter. Several deputies and Como police officers were dispatched by Wilson because I (Watts) recieved a call of a possible brush fire on Tidwell Rd. and had to handle that. I heard several deputies and Victor units talking during this time. At 1410 P-9 advised subject was on foot. At 1413 V-230 advised the suspect had on a black and white jacket and was possibly armed with an assault rifle. This was all during the time of the orignal traffic I heard due to dealing with other calls for assistant in Sardis and Como as well upon dealing with the possible fire call. Around the hour of 1600 I went 10-7 from dispatch and heard no further traffic on the radio.

The above statement which consists of 1 page(s) was made by me voluntarily and is true to the best of my knowledge

Witness: _____

Signed: Justin Watts J-31

Witness: _____

Dated: 11-14-13