Call 1404 - contd 1407 - Pettis

At approximately 1410 I was notified of shooting by DI Dickson. At 1418 I was notified of shooting in Como by dispatch. I told DI Dickson to take over crime scene and work the case. Talked to PI - told him that I told DI Dickson to work the case. PI Harris was the first Officer to arrive on the scene. Call back from DI Dickson - had a problem - CI Bartlett was taking witnesses away from scene. Call back from PI - CI Bartlett struck PI at the PD and they had to subdue him. Call John Champion and got him enroute to jail. I met with Champion & then he went in to talk to Bartlett.