11-14-13

I Eric Harris P-9 were at 618 Sycamore st in Como, talking with Tambra Presley about 13:56, P.C. S.O. reported that a shooting were at Apartments on Church St. I told Mrs Presley I had to leave, but I would return back later. I turn right from Sycamore St onto Church, cross Avener St onto Church St ext, + notice a black male wearing a blue coat coming from the shooting area walking fast. I look twice to see if he had a weapon but did not see one, but he were moving his hands in front of his coat, look like he were zipping it up. I made a left turn into the apartments area + went down to the second set of apartments + notice someone were laying on the ground face down from the second set of apartments. I advised S.O. to call EMS one person were down on the ground. At this time Faye Pettis were arriving on scene, I were asking did anyone know shooter. Deontavion Lindsey stated it was Jamicheal Edward AKA Vril. F. Pettis advised she knew him well.

EXHIBIT P                                                                                                    1

Jarvis Boyce were laying on the ground appeared to be shot in the ankle leg area. his mother Sherry Boyce was with him also. At this time V230 had arrived. A were asking Seontivon Loveberry where did the shooting happen he pointed down by the second apartments, where a cap were laying on the ground. We went down there to find the fired round. I notice the hull laying on the ground. I taken pictures of the cap; also a white shirt & hull laying on the ground. Emma Jackson lives at 318 Church St heard one shot, she stated she was the one call the S.O. about a shooting Keanne Barnett lives at 307 Church St Apartment 14 stated she heard one shot. Shaquille Conrad were at 307 church st apartment 14 stated he heard one shot we left crime scene area & went across the street to Vivian Towns resident where Jamicheal Edward lives looking for him & the weapon, we search in the back yard but were unable to locate, myself P-2 chris Franklin, P-24 Tomy Bryant, P-4 Albert perkins went out to 5343 Loucious Taylor rd looking for Jamicheal Edward. Negative contact.

Eric Hann 18:35

EXHIBIT P