July 11, 2014

Cornelia Faye Pettis

On November 14, 2013 Rosa Wilson called me on my cellphone saying she had been trying to reach me by radio. And she stated that it had been a shooting in the Church Street Extd. Apartment Complex.. I was enroute to the shooting Eric Harris P-9 pulled in right in front of me. We made it at the same time being 14:06. When I arrived I saw a black male on the ground by the name of Jarvis Boyce with a gunshot wound to the ankle. I asked him who shot him he said Vell but he was not trying to do it. I took pictures of the gunshot and med-stat arrive and starting treating him. I talk to another subject who was on the scene by the name of Deontwon Loveberry. I asked him what had happen and do it see the shooting and he answered yes ma'am Vell had shot Jarvis. After he told me that I started looking for the shell casing on the ground. Bill McGhee and Eric Harris was also on the scene with me. After finding the casing I took pictures I advised them that I didn't need them that MBI was in route to handle the case and Chief Burdette was enroute also. By them several Panola County units pulled up. Bill McGhee told Edward Dickson that MBI was enroute and would be handling the case. By them Dennis Darby pulled up. Edward Dickson went to him and told him what I said. He said he was the sheriff he was taking over. Dickson got the evidence which was the shell casing, a cap and a tshirt and put the in a bag. That's when I phoned Chief Burdette and told him what was going on. He told me to leave the scene before I got into with the Sheriff Dept. When I left the scene I remember while I was on patrol I saw Tracy Wilbourn standing out in front of where the shooting had occurred in front of the apartment. I called his mother and asked her if Tracy was involved in the shooting and to tell to call me. He called shortly after I talked to his mom and advised me what had happened. I advised him to come to the station and give me a statement and bring Marshall Little with him. After talking with Tracy I went to the station and met with Chief Burdette and then the Jeffery Farish MBI agent arrived. We left the station and went to the scene. The clerk at city hall called me on my phone stated that their were several people waiting on me at city hall to give statement about the shooting. I told her to tell them to come to the apartment complex. When they arrived at the complex Tracy got out of the vehicle with his mother and several other family members including Marshall Little. Tracy walked up to Chief Burdette and stated that he was the witness that we had spoken to on the phone and he would like to give a statement. Chief Burdette escorted him to the patrol car and put him in the passenger seat. Darby and Danny Beavers hollered hold and then Chief stopped. Darby was trying to pull the witness out of the patrol car and Chief then pulled off. He transported the witness to the police station. Darby and Emily Griffin came to the station. Chief Burdette was standing in the door and he advised Darby he could not come inside Darby then pushed chief in the chest and then they lock up. A brief scuffle occurred at this time and then Griffin jumped chief from the back. Then I advised her to get her boss and by this time several deputies and the MBI agent, and witnesses along with their family members had arrived to the station. We moved to the interview room and Darby then stated he wanted the witness but the witness said he would only talk to Chief and (Ms Faye) myself . Darby stated again that he is the sheriff he was taking over. Beavers stated that he is the sheriff and he can do that. Chief replied you don't act like this in the city of Batesville and he would be calling the attorney general tomorrow. At this time Beavers walked up to chief and said he is the sheriff and he can do what he wants to do. *Chief advised Beavers to get out of his face. I advised Darby that this is personal and petty that you have*

EXHIBIT B

going on with us. I said lay all personal issues aside we are trying to handling a shooting. At this time Darby reached at a can of mace that was on the desk and put it in his pocket. MBI agent stated that everybody needs to chill out. MBI stated that Chief Burdette and Darby would accompanied him to a neutral location which was the MBI's office. Tracy's mom whose name is Lavern Wilbourn stated that Tracy isn't going anywhere. Then chief advised her he would be there also and he would be fine. She then stated ok but I only want him talking to you and chief only. Then chief told Darby to give him his mace that he had in his pocket. That's when Chris Franklin, Danny Beavers, Emily Griffin, and Darby began to assault chief pinning him down to the desk while Darby was getting his gun and the MBI agent rushed the witness outside. Chief was saying my gun is hot at this time Griffin jumps on the desk and was stomping chief in the chest. At this time chief stop struggling Griffin put cuffs on him then Darby ripped off his gun belt. All the while John Still and Jason Chrestman was holding my arms behind my back twisting them. They then escorted chief out in handcuffs. Darby came over to me and grabbed me in my chest and hitting me saying you're going to jail too. Then Darby tried to snatch my gun from my holster but he couldn't because of the triple retention lock. John Still was getting ready to handcuff me and Chris Franklin said let her go we got the one we wanted.

Notary _Carolyn Cauthen Ellis_

[Notary seal: STATE OF MISSISSIPPI, CAROLYN CAUTHEN ELLIS, ID No. 47145, NOTARY PUBLIC, Comm. Expires November 16, 2014, PANOLA COUNTY]