7/15/14

In late June of 2013, I received a call from deputy Darrius Smith of Panola Co. asking me have we hired a chief. I told him no we have not (Town of Como). He then ask if we was hiring Earl Burdette, I again told him that we have not hired none. He than told me that if the Town hired him that they couldn't back Como up. I ask who is they? He said the Sheriff department. I then said ok but the town have not hired anyone.

Thanks
Teresa Dishmon
Teresa Dishmon

Tonya Champion

EXHIBIT C