

# Department of Public Safety
## Mississippi Highway Safety Patrol
# Mississippi Bureau of Investigation
22000-A Highway 35 North
Batesville, Mississippi 38606
(662) 563-6400



MEMORANDUM FOR RECORD

Supervisory Special Agent
# PETER T. CLINTON
B-13

## NOTICE

**THIS CASE REPORT CONTAINS CONFIDENTIAL INFORMATION. THIS REPORT AND THE ADDITIONAL DOCUMENTS IT CONTAINS ARE THE PROPERTY OF THE MISSISSIPPI BUREAU OF INVESTIGATION AND ARE LOANED TO YOUR AGENCY, OFFICE, AND/OR DEPARTMENT. THIS REPORT NOR ITS CONTENTS ARE TO BE DISSMINATED OUTSIDE THIS AGENCY WITHOUT PRIOR APPROVAL FROM MBI.**

This document contains neither the recommendation nor the conclusions of the MBI. It is the property of the MBI and is loaned to your agency. This document nor its contents are to be distributed outside this agency.

EXHIBIT D

 

Department of Public Safety
Mississippi Highway Safety Patrol
# Mississippi Bureau of Investigation
22000-A Highway 35 North
Batesville, Mississippi 38606
(662) 563-6400

B-13    12 July 2014

MEMORANDUM FOR RECORD

SUBJECT: Request for Assistance from Chief Earl Burdette, Como Police Department

1. I hereby certify that Chief Earl Burdette, Como Police Department, contacted me via telephone in July 2013 and advised me that he requested the assistance of agents from the Mississippi Bureau of Investigation (MBI) to assist and back him up with certain criminal cases within his jurisdiction. According to Chief Burdette, his department was not equipped to handle certain cases and that Sheriff Dennis Darby, Panola County Sheriff's Department, had advised the Mayor of Como that the sheriff department will not assist or respond to the police department's calls for assistance. I advised Chief Burdette that MBI was a neutral agency and that MBI will assist the police department when called. To this end, Chief Burdette has called me to assist on several criminal cases, to include the aggravated assault case on 14 November 2013, within his jurisdiction; and I have provided the requested assistance.

2. On Friday, October 25, 2013, Chief Burdette called me and stated that he was concerned for his personal safety and that if something happened to him that he wanted MBI to investigate the case. I inquired about his concerns. Chief Burdett stated that the word on the street was for him to watch his back. I advised Chief Burdette that I would make a note of his concern and I strongly recommended him to immediately contact my office if someone caused or attempted to cause injuries to him.

Supervisory Special Agent
Peter T. Clinton, B-13
Mississippi Bureau of Investigation
Mississippi Highway Safety Patrol (Troop E)
22000-A Highway 35 North
Batesville, Mississippi 38606
E-mail: pclinton@mdps.state.ms.us
O: 662.563.6417
C: 662.561.6943
F: 662.563.6492 F: 662.563.6493 (Troop E)

This document contains neither the recommendation nor the conclusions of the MBI. It is the property of the MBI and is loaned to your agency. This document nor its contents are to be distributed outside this agency.