July 11, 2012

Chief Earl Burdette

On November 14, 2013 Assistant Chief Pettis called me between the hours of 14:00 to 15:00 advising me that their had been a shooting in the Como Apartments on Church Street Extd. She advised me who had been shot and who the shooter was. I advised her that as soon as I got dressed I would be enroute. Pettis called me back again stating that the sheriff's dept was up there taking over the scene. I told her to remain calm and go to the station to wait on my arrival. While enroute I made contact with Agent Peter Clinton and advised him that we had a shooting and I needed his assistant. He told me he was out of town and he would send an agent who would meet me at the station. After arriving at the station Chief Pettis gave me and update of what had taken place. While waiting on the agent who took along time to get here I called Clinton back to let him know the agent still has not made it to the station and he said he would call him back stating that it should not have taking this long for his arrival. Finally after the Jeffery Farish MBI had arrived we brief him on what had happen. After the briefing we went left the station and went to the scene. Myself and the agent spoke with the suspect's family briefly about getting him to turn himself in. We then proceeded to the apartments. I stop at the apartment entrance and the agent continue onto where the sheriff's dept people had gather. Shortly after that the agent came back to where we were along with George Renfroe and Jarred Tucker of MDOC. John Still pulls up and by this time the witnesses did too. Tracy Wilbourn walked up to me and stated he was the witness we had spoken to on the phone and he wanted to give me a statement. Then I placed him in my patrol car. As I proceeded to leave the scene they hollered not really sure what they were saying I stopped thinking they were going to pass on some information as they approached my car Dennis Darby opened my door and said this is my god damn witness and he along with Danny Beavers proceeded to take the witness out of my car. I then just pulled off for the safety of the witness enroute to the station. I was standing in the door and I pulled my mace out and I advised Darby he could not come inside Darby then pushed me in the chest and then we locked up. A brief scuffle occurred and I dropped the mace but by this time Griffin jumped on my back. Several deputies and the MBI agent, and witnesses along with their family members had arrived to the station. I picked the mace up off of the floor and placed it on the desk after moving to the interview room. Darby picked it up immediately after I put it down. Darby stated he wanted the witness but the witness said he would only talk to me and Assistant Chief Pettis (Ms Faye). Darby stated again that he is the sheriff and he was taking over. Beavers stated that he is the sheriff and he can do that. I replied you don't act like this in the city of Batesville and I would be calling the attorney general tomorrow. At this time Beavers walked up to me and said he is the sheriff and he can do what he wants to do.

I advised Beavers to get out of my face. Assistant Chief Pettis advised Darby that this is personal and petty that you have going on with us. She said lay all personal issues aside we are trying to handling a shooting. Jeffery Farish MBI stated that everybody needs to chill out. He also stated that Chief Burdette and Darby would accompanied him to a neutral location which was the MBI's office. Tracy's mom whose name is Lavern Wilbourn stated that Tracy isn't going anywhere. Then I advised her I would be there also and he would be fine. She then stated ok but I only want him talking to you and assistant chief only. Then I told Darby to give me my mace that he had in his pocket. That's when Chris

EXHIBIT E

Franklin, Danny Beavers, Emily Griffin, and Darby began to assault me pinning me down to the desk while Darby was getting my gun that's when the MBI agent rushed the witness outside. I was saying my gun is hot at this time Griffin jumps on the desk and was stomping me in my chest. At this time I stopped struggling Griffin put cuffs on me and then Darby ripped off my gun belt. While Emily was putting cuffs on me I observed John Still and Jason Chrestman holding assistant chief arms behind her back and she was telling them to let her go. I later found out from Lt.Peter Clinton that the agent was turned around by Darby while he was he enroute to the shooting scene.

Notary

_Carolyn Cauthen Ellis_

(Notary seal: STATE OF MISSISSIPPI, CAROLYN CAUTHEN ELLIS, ID No 67745, NOTARY PUBLIC, Comm Expires November 16, 2014, PANOLA COUNTY)