I, Vivian Towens

Observed Dennis Darby + a deputy walking toward Earl Burdette's Police Car, the deputy tried to pull the car door open on the passenger side + Earl Burdette pull off in the car + left them stand their in the road. Dennis Darby + his Deputy then started to walk back to their vehicle.

Vivian Towens

Carolyn Cauthen

7-12-14

STATE OF MISSISSIPPI
CAROLYN CAUTHEN ELLIS
ID.No.
67745
NOTARY PUBLIC
Comm Expires
November 16, 2014
PANOLA COUNTY

EXHIBIT
F