I Lillie Towns Saw Dennis Darby
Saying Something to Earl Burdette
who was In the police Car, at this
time Earl Burdette Pull off In the
Police Car headed out.

Lillie Towns

Carolyn Carnes

7-12-14

STATE OF MISSISSIPPI
CAROLYN CAUTHEN ELLIS
ID No
67745
NOTARY PUBLIC
Comm Expires
November 16, 2014
PANOLA COUNTY

**EXHIBIT**

**G**