I Renzell Oliver was an eye witness,
standing 50 ft. away, across from the
scene, when Earl Burdette pull out
in the police car and stopped, that's when
Dennis Darby and his Deputy tried to
open the passenger door, Earl Burdette
pull off.

Rezell Oliver

Carolyn _____ en Ellis
7-12-14

ID No
67745
NOTARY PUBLIC
Comm Expires
November 16, 2014
STATE OF MISSISSIPPI
CAROLYN CAUTHEN ELLIS
PANOLA COUNTY

**EXHIBIT**

tabbies

**H**