June 11th, 2014

On or about November 14th, 2013, I, Jared Tucker, was en route to Crenshaw at the intersection of Hwy 310 and Hwy 51 in Como, MS. I received a phone call from Officer George Renfroe. Officer Renfroe advised me that Jermichael Edwards had been involved in a shooting at the apartments located in the 300 block of Church Street. I advised him that I was headed to his location.

When I arrived at the apartments, I had to park in the entrance due to high traffic of Law Enforcement Officials. I exited my vehicle and walked to the area that consisted of Officer George Renfroe, unknown MBI Agent, Chief Burdette, and his Assistant Chief. Officer Renfroe and MBI Agent were standing by each other and approximately eight feet away is where Chief Burdette of Como Police Department and his Assistant Chief stood. I spoke to all that were standing there and I stood with Officer Renfroe to get information in regards to the whereabouts of Jermichael Edwards.

In the location we were standing, I was constantly looking around to see if I recognized any friends or relatives that I knew had connections to Jermichael. Approximately five minutes later, I saw a black four door car that appeared to me to be a Ford Taurus. I saw a black male get out the rear door of the black four door car. The black male and Chief Burdette walked to each other. At the distance they stood from me along with surrounding sounds of talking, I do not know what was said when they met together.

Chief Burdette then escorted the black male to his patrol unit. Chief Burdette got in the car as well and began to pull off when Panola County Sheriff Dennis Darby along with Investigator Danny Beaver approached the car. I do not recall who opened the passenger front door to the patrol unit. Words were exchanged between Chief Burdette, Sheriff Darby, and Investigator Beaver then Chief Burdette pulled off. The passenger door closed when Chief Burdette pulled off. I heard someone say, "He tried to run over the Sheriff." I didn't witness that at all.

Sheriff Darby and Investigator Beaver walked in the direction Officer Renfroe and I were standing to get in their vehicles. Sheriff Darby approached the Assistant Chief and stated, " I am going to have him locked up." At that point, Officer Renfroe and I left to check the residence that Jermichael was supposedly living to make sure Jermichael was not in the residence.

End of Statement July 11th, 2014

Jared R. Tucker

EXHIBIT

STATE OF MISSISSIPPI
CAROLYN CAUTHEN
ID No. 67745
NOTARY PUBLIC
Comm Expires
November 16, 2014
PANOLA COUNTY