COUNTY OF MADISON

STATE OF MISSISSIPPI

## AFFIDAVIT

I, Laverne Wilbourn, being sworn, deposes and says:

1.

I am an adult resident citizen of Panola County, Mississippi, and reside at 392 Union Road, Sardis, Mississippi 38666.

2.

On or about November 14, 2013, I received a telephone call from my son, Tracy Wilbourne, who advised that an altercation had taken place at the Church Street Extended Apartment located at 307 Church Street Extended, Como, Mississippi, and that he had a clip to a gun which he was going to meet officer Faye Pettis and give the same to her. I told my son okay, and don't talk to anyone else but Officer Pettis, and that I am on my way to meet him, at the Church Street Extended Apartments.

3.

Upon my arrival to the Church Street Apartments, I saw my son and Officer Burdette, who informed me that he was going to take my son to City Hall for questioning only as a witness of the incident, and that he didn't do anything wrong. I said okay.

4.

Once I made it to City Hall, and while getting out of my vehicle, I saw Sheriff Denise Darby walking really fast to the doors to City Hall. Chief Burdette was at the door and told Sheriff Darby that he could not come in their because he had a minor in their, and that no one called him. Chief Burdette then looked at me and asked did I or did I not give him permission to speak with my son regarding the incident. I said yes I did. By this time, Sheriff Denise Darby entered the door and pushed Chief Burdette up against the wall. Sheriff Denise Darby acted as if he was going to get my son. By this time, several officers from Panola County arrived and I said get in there, please get my son, they are getting into it. Instead of the officers trying to stop the altercation, they joined in and all were attacking Chief Burdette. By this time, a female employee for the Panola County Sheriff's Department pulled up, and told me that I couldn't go into City Hall to get my son because he was an adult, and that he wasn't in any harm because he was in the hallway. I continued to try to get into City Hall to get my son. The female officer also got into an altercation with Officer Pettis. Officer Pettis kept saying why is all of this happening, he is only a witness.

5.

Finally, I got into the hall and approached my son. The altercations amongst the Chief, Sheriff, Officer Pettis and Officers of the Panola County Sheriff's Department continued. I asked my son was he okay. He said, " yes". As it calmed down, Chief Burdette asked me, "do you still



want me to talk to your son"? I said "yes". My son said, "yes, I want to talk to him, because they are who I called in the first place". At this time, Sheriff Darby and the other officers from Panola County Sheriff's Department proceeded as if they were going to still take my child. Officer Pettis question again why all of this was going on because my son was just their for questioning as a witness.

6.

Once things began to calm down, I heard Chief Burdette ask where was his mace that he put on the table? Chief Burdette then asked Sheriff Darby could he please have his mace back, and then Sheriff Darby begin cursing Chief Burdette out saying he was going to kick his god-dam ass, he didn't know him. Chief Burdette then reached for his mace, and then Sheriff Darby and the other officers of Panola County Sheriff Department rushed on Chief Burdette. They had Chief Burdette laid out over the table. I got scared because I was thinking that someone was going to spray the mace. I got my child, and we all ran out of there.

7.

While we where leaving, my son said mom that was wrong, because I called them in the first place, and they acted as if I was a criminal.

Witnessed my signature this 22nd day of Nov., 2013.

_____
Laverne Wilbourn

Subscribed and sworn before me this 22nd day of November, 2013.

_____
NOTARY PUBLIC

(SEAL)

10-1-2017
MY COMMISSION EXPIRES