On October 25, 2013 I was working at Big Delta Honda when my father, Tim Henson, walked across the street from his job at the USDA to speak with me. He told me he spoke with Chief Deputy Chris Franklin about a job for me as a deputy on the road. I told my father to leave the situation alone. I did not want to work for their administration because I was tired of being lied to. I was previously employed by their administration as a jailor and resigned on my own. During my conversation with my father, he received a phone call from Sheriff Dennis Darby. My father answered and spoke with Sheriff Darby briefly and then said, "He's standing right here tell him yourself." My father handed me the phone. As soon as I spoke to Sheriff Darby his first words to me were, "Let me tell you something boy. You are a sorry piece of shit. You didn't stay with the Highway Patrol. You are a quitter. I heard that you are working at Como Police Department and that's fine. You can go up there and work for those black bastards if you want to because I am going to get them and I am going to get you too." Sheriff Darby continued to rage on the phone and the last words he said to me were "I don't want your goddamn vote!" I handed the phone back to my father who spoke to Sheriff Darby briefly and hung up. I went back to work at Big Delta Honda. This situation was a concern for me. I knew I had been threatened

**EXHIBIT K**

along with all the officers at Como Police Department by the top law enforcement officer of the County. At this time I felt like I should go to someone who had some authority in the County. I went to Judge Smith Murphy and told him about this situation. I also told my wife and a few close friends in the county so others would know what happened for my protection.

Charlie Howson
8-8-14

L.B. Jones
Court Clerk

STATE OF MISSISSIPPI
LOU BERTHA JONES
ID No 104116
NOTARY PUBLIC
Comm Expires
November 26, 2016
PANOLA COUNTY