# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

## CIVIL MINUTES

Case No 3:14CV241-M-A          Place Held:  OXFORD
Style:   WILBOURN       V.   PANOLA
Date/Time Began 01/22/15 at 11:00 a.m.    Date/Time Ended:  01/22/15 at 11:45 a.m.

      Total Time          45 min

PRESENT:  Honorable **S. ALLAN ALEXANDER, MAGISTRATE JUDGE**

    Deputy Clerk                     Court Reporter

Attorneys for Plaintiff(s)        Attorneys for Defendant(s):

  Janessa Blackmon           Daniel J. Griffith
   Roy D. Campbell, III         David Malcolm McMullan, Jr.

    PROCEEDINGS:     Case Management Conference
Held     X      Not Held_____   Canceled _____   Reset _____

Docket Entry:

Conference held.   Case Management Order to be entered.

                                        DAVID CREWS, CLERK

                                      /s/ Willie Sue Miller
                        By:_____
                                      Courtroom Clerk