UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CIVIL MINUTES**

Case No 3:13CV314, 3:14CV241-M-A           Place Held:  OXFORD
Style:  BURDETTE     V.   PANOLA
Date/Time Began 02/17/15 at 10:00 a.m.    Date/Time Ended:  02/17/15 at 2:30 p.m.

     Total Time     4 hr  30 min

PRESENT:  Honorable **S. ALLAN ALEXANDER, MAGISTRATE JUDGE**

    Deputy Clerk                                   Court Reporter

Attorneys for Plaintiff(s)              Attorneys for Defendant(s):

  Bradford J. Blackmon              Daniel J. Griffith
  Edward Blackmon, Jr.

   PROCEEDINGS:     Settlement Conference
Held    X      Not Held_____   Canceled _____   Reset _____

Docket Entry:

Conference held.    Case settled.

                                 DAVID CREWS, CLERK

                                 /s/ Willie Sue Miller
                       By:_____
                                 Courtroom Clerk